FILED
CLERK, U.S. DISTRICT COURT
JAN 2 5 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Marcus Williams<br><br>Defendant. | Case No. 2:13-CR-00802 PA<br><br>**ORDER OF DETENTION AFTER HEARING**<br><br>[Fed.R.Crim.P. 32.1(A)(6);<br>18 U.S.C. § 3143(A)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/~~her~~ ~~[probation]~~ [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  [X]   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

1  _Defendant does not contest detention. Detention_
2  _is also warranted based on the information contained_
3  _in the PreTrial Services report._
4  and/or
5  B. ☒ The defendant has not met his/her burden of establishing by clear and
6  convincing evidence that he/she is not likely to pose a danger to the safety of
7  any other person or the community if released under 18 U.S.C. § 3142(b) or
8  (c). This finding is based on: _____
9  _Defendant does not contest detention. Detention_
10 _is also warranted based on the information_
11 _contained in the PreTrial Services report._

13 IT THEREFORE IS ORDERED that the defendant be detained pending the
14 further revocation proceedings.

16 Dated: 1/25/2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE